OFFICE OF DISCIPLINARY COUNSEL *v.* WOOLLAMS.

[Cite as Disciplinary Counsel *v.* Woollams (1988), 40 Ohio St. 3d 603.]

(No. D.D. 88-22—Submitted November 2, 1988—Decided December 7, 1988.)

Richard C. Woollams, Jr. is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.